IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDAN O'KEEFE, | : | |
|    Plaintiff, | : | No. 19-cv-0884-JMY |
| | : | |
| v. | : | |
| | : | |
| LEHIGH UNIVERSITY, et al., | : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 9th day of January, 2023, upon consideration of the Motion for Summary Judgment filed by Defendants Lehigh University and Lehigh University Police Offices John Doe I and John Doe II[1] (ECF No. 62), all papers submitted in support thereof and in opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by the Court, it is hereby ORDERED that said motion is GRANTED.

It is further ORDERED that all claims asserted by Plaintiff in the Second Amended Complaint against moving Defendants will be dismissed from this action, and Clerk of Court is DIRECTED to mark this matter CLOSED.

BY THE COURT:

   /s/ John Milton Younge
Judge John Milton Younge

---

[1] LUPD Officers Patrick McLaughlin and John Torres are the individuals named as "Lehigh University Police Officers John Doe I & II" in Plaintiff's Second Amended Complaint.