UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRENDAN O'KEEFE,        :
   Plaintiff,        :       No. 19-cv-0884-JMY
                          :
   v.        :
                           :
LEHIGH UNIVERSITY et al.,        :
   Defendants.

## NOTICE OF APPEAL

Plaintiff Brendan O'Keefe hereby appeals to the United States Court of Appeals for the Third Circuit the January 9, 2023 Order of the United States District Court for the Eastern District of Pennsylvania (ECF #90) and accompanying Memorandum (ECF #89) granting the defendants' Motion for Summary Judgment (ECF #62) and dismissing all claims asserted by plaintiff O'Keefe in his Second Amended Complaint.

Respectfully submitted,

//s// William Spade
William Spade
Law Office of William Spade
123 South Broad Street, Suite 2102
Philadelphia, PA 19102
will@spadelaw.com
(215) 260-9590

Counsel for Plaintiff Brendan O'Keefe

## CERTIFICATE OF SERVICE

I, William Spade, Esquire, hereby certify that on this 4th day of February, 2023, a true and correct copy of the foregoing Notice of Appeal was served via electronic mail upon the following:

James A. Keller, Esquire
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102

//s// William Spade___
William Spade