UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 23-1235

_____

BRENDAN O'KEEFE,

Appellant

v.

LEHIGH UNIVERSITY;
LEHIGH UNIVERSITY POLICE OFFICERS JOHN DOE I AND II

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 5-19-cv-00884)
District Judge: Honorable John M. Younge

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on November 9, 2023

Before: KRAUSE, FREEMAN and MONTGOMERY-REEVES, *Circuit Judges*

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District
Court for the Eastern District of Pennsylvania and was submitted on November 9, 2023.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this
Court that the order of the District Court entered on January 9, 2023, be and the same is
hereby **AFFIRMED**.  Costs shall be taxed against Appellant.

All of the above in accordance with the opinion of this Court.

ATTEST:


s/ Patricia S. Dodszuweit
Clerk

DATE:        January 12, 2024



Tax cost in favor of Appellee as follows:

Brief ..................... $145.60
Total ..................... $145.60

Certified as a true copy and issued in lieu
of a formal mandate on  February 5, 2024

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**